IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY MOSTOLLER, | : | |
| Plaintiff, | : | CASE NO. 2:06-cv-668 |
| v. | : | JUDGE MARBLEY |
| GENERAL ELECTRIC COMPANY, | : | MAGISTRATE JUDGE KEMP |
| Defendant. | : | |

## MOTION TO WITHDRAW AS COUNSEL

Now come Nicholas E. Kennedy and Gary A. Reeve of the law firm of Reeve & Knoll and hereby move this Court to allow for withdrawal of both as counsel in the above-captioned matter.  A Memorandum in Support is attached hereto.  The instant Motion has been served upon the Plaintiff by ordinary mail.

Respectfully Submitted,

s/ Nicholas E. Kennedy
Nicholas E. Kennedy (0070310)
Reeve & Knoll
98 Hamilton Park
Columbus, Ohio 43203
(614) 228-2050

Of Counsel:
Gary A. Reeve (0064872)
Reeve & Knoll
98 Hamilton Park
Columbus, Ohio 43203
(614) 228-2050

## MEMORANDUM IN SUPPORT

Plaintiff has verbally terminated his relationship with the law firm of Reeve & Knoll and taken a copy of his file from the office for purposes of finding new counsel. As Plaintiff has terminated the attorney-client relationship, the firm of Reeve & Knoll can no longer act on his behalf. Good cause therefore exists for this Court to grant the instant Motion. Pursuant to Local Rules, a copy of the instant Motion was served upon Plaintiff via ordinary mail.

>Respectfully Submitted,
>
>s/ Nicholas E. Kennedy
>Nicholas E. Kennedy (0070310)
>Reeve & Knoll
>98 Hamilton Park
>Columbus, Ohio 43203
>(614) 228-2050

Of Counsel:
Gary A. Reeve (0064872)
Reeve & Knoll
98 Hamilton Park
Columbus, Ohio 43203
(614) 228-2050

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on opposing counsel via the Court's electronic filing system and upon Plaintiff Geoffrey Mosteller, 865 Elm Court, Hebron, Ohio, 43056, via regular U.S. mail postage prepaid, on this this 22nd day of July, 2008.

>s/ Gary A. Reeve
>Gary A. Reeve