**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **GEOFFREY MOSTOLLER** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Case No. 2:06-CV-00668** |
| | : | |
| **GENERAL ELECTRIC, CO.** | : | **Judge Marbley** |
| | : | |
| Defendants. | : | |

### NOTICE OF VOLUNTARY DISMISSAL

Now comes Plaintiff, by and through counsel, and hereby voluntarily dismisses the above-captioned matter with prejudice.

Respectfully Submitted,

Dated:  July 7, 2011

/s/  Jessica L. Olsheski, Esq.
Timothy J. Boone, Esq. (0007143)
Email: tjb@justice-law.net
Jessica L. Olsheski, Esq. (0078063)
Email: jlj@justice-law.net
**Timothy J. Boone Co., LPA**
1654 East Broad Street, 2nd Floor
Columbus, Ohio  43203
Telephone: (614) 252-5500
Facsimile: (614) 252-5058
*Attorneys for Plaintiff*